9-30-14

I Brookstone G.C. By Design INC.
Will no longer be Completeing
the repairs at 4139 RockSpring Rd
Ravenna Ohio 44266.

I am not due any fees and
I will not be placing a lean
against said Property.

Please Sign & Date
and Forward to
Hsbc Loss Draft Department 506
P.O. Box 47360
Atlanta GA 30362

Loan # 0013464.094

### Return Receipt

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Brookstone GC by
Design
2159 Meloy Rd
Kent Ohio 44260

2. Article Number (Transfer from service label): 7010 0290 0001 0044 3568

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ James B_____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): James B
C. Date of Delivery: 10-3-14

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

Fax number 678-459-9191

ӨMW X
BONNIE M. HOWE
PORTAGE CO. RECORDER

201415964    14 OCT 2'11

RECEIVED FOR RECORD
AT 12:59:13
FEE 56.00    **INDEXED**

# Affidavit for Mechanics' Lien
## (Ohio Revised Code Section 1311.06)

**STATE OF OHIO** )
) SS: AFFIDAVIT
**PORTAGE COUNTY** )

Jim Burns, President of Brookstone G.C. By Design, Inc. whose address is P.O. Box 1805, Kent, Ohio 44240, being first duly sworn, deposes and says that he, the lien claimant herein, furnished certain material or performed certain labor or work in furtherance of improvements located on or removed to the land hereinafter described, in pursuance of a certain contract, with, the owner, part owner, lessee, original contractor, subcontractor, or other person, as the case may be, whose address is 4134 Rock Spring Road, Ravenna, Ohio 44266

The first of the labor or work was performed or material was furnished on February 2, 2014. The last of the labor or work was performed or material was furnished on September 23, 2014 and there is justly and truly due $76,300.42, the lien claimant herein, from Howard and Vicky Jones, the owners, over and above all legal setoffs, the sum of $76,300.42, for which amount, the lien claimant herein claims a lien on the land, building, or leasehold, of which Howard and Vicky Jones are the owners, which property is described as follows:

**Street Address**:

4134 Rock Spring Road
Ravenna, Ohio   44266

**Legal Description**:

Attached as exhibit "A"

**Permanent Parcel Number:**

11-271-00-00-023-000

LIEN CLAIMANT:

_____
JIM BURNS

SWORN TO BEFORE ME and subscribed in my presence this 17TH day of October, 2014

(SEAL)

_____
NOTARY PUBLIC

DEBRA WISNIEWSKI
Notary Public - State of Ohio
Recorded in Portage Cty.
My Commission Expires Mar. 14, 2016

**This Instrument Prepared By:**

Peter Lorenz
Attorney at Law
250 South Chestnut #23
Ravenna, Ohio 44266
330-296-8773