

IN THE COURT OF COMMON PLEAS
PORTAGE COUNTY, OHIO

| | | |
|---|---|---|
| THE CARTER-JONES LUMBER COMPANY<br>dba CARTER LUMBER<br>601 Tallmadge Road<br>Kent, Ohio 44240, | ) ) ) ) ) | CASE NO. 2015CV00317<br><br>JUDGE BECKY L. DOHERTY |
| Plaintiff, | ) | |
| vs. | ) | **COMPLAINT**<br>Other Civil |
| BROOKSTONE GENERAL CONTRACTORS<br>BY DESIGN, INC.<br>c/o James Burns, Registered Agent<br>2159 Meloy Road<br>Kent, Ohio 44240 | ) ) ) ) ) | **Instructions for Service Attached** |
| and | ) | |
| KIMBERLY J. WOLFRAM<br>4470 Great Smokey Circle<br>Medina, Ohio 44256, | ) ) ) | |
| Defendants. | ) ) | |

Now comes plaintiff The Carter-Jones Lumber Company dba Carter Lumber and for its complaint against defendants Brookstone General Contractors by Design, Inc., and Kimberly J. Wolfram, hereby states as follows:

1. Defendants Brookstone General Contractors by Design, Inc., and Kimberly J. Wolfram owe plaintiff The Carter-Jones Lumber Company dba Carter Lumber on an account, a copy of which is attached hereto and marked Exhibit "A", the sum of $49,690.20.

2. The credit line which is the basis for this account was applied for and granted in Portage County, Ohio.

3. At the time the credit line for Brookstone General Contractors by Design, Inc., was opened, defendant Kimberly J. Wolfram agreed to be the personal guarantor of the account as indicated on the application, a copy of which is attached hereto and marked Exhibit "B".

4. The proper venue for this complaint is Portage County, Ohio.

5. Despite repeated billing by plaintiff, defendants have failed to satisfy said obligation.

WHEREFORE, plaintiff The Carter-Jones Lumber Company dba Carter Lumber demands judgment against defendants Brookstone General Contractors by Design, Inc., and Kimberly J. Wolfram, jointly and severally, in the sum of $49,690.20, together with interest and plaintiff's costs herein expended.

Daniel J. Funk (0062931)
BAKER, DUBLIKAR, BECK,
WILEY & MATHEWS
400 South Main Street
North Canton, Ohio 44720
Phone: 330-499-6000
Fax: 330-499-6423
E-mail: funk@bakerfirm.com
Counsel for Plaintiff

## INSTRUCTIONS FOR SERVICE

Please serve the defendants with summons and complaint by certified mail, return receipt requested, at the addresses listed in the caption of this complaint.

_____
Daniel J. Funk
Counsel for Plaintiff

Balance Forward Spreadsheet

| ID | Trans-no | Date | Cust-ID | SrchName | OrigDoc | Cust-po | Sale-amt | Tax-amt | Doc-amt | Bal-amt | Balance Fwd |
|---|---|---|---|---|---|---|---|---|---|---|---|
| soin | 50668751 | 1/31/2014 | G0500198-002 | Forsythe | | FORSYTHE ADDITIO | 899.04 | 62.94 | 961.98 | 0 | 961.98 |
| CR | 50051316 | 2/1/2014 | G0500198-002 | Forsythe | | FORSYTHE ADDITIO | -899.04 | -62.94 | -961.98 | 0 | 0 |
| soin | 50668786 | 2/1/2014 | G0500198-002 | Forsythe | | FORSYTHE ADDITIO | 899.04 | 62.94 | 961.98 | 0 | 961.98 |
| soin | 50668917 | 2/3/2014 | G0500198-001 | Brookstone GC B | | | 993.25 | 69.54 | 1062.79 | 0 | 2024.77 |
| soin | 56426588 | 2/4/2014 | G0500198-001 | Brookstone GC B | | MARY | 75.22 | 5.26 | 80.48 | 0 | 2105.25 |
| soin | 50668942 | 2/4/2014 | G0500198-001 | Brookstone GC B | | 6699 Srurbridge | 163.52 | 11.45 | 174.97 | 0 | 2280.22 |
| soin | 103315177 | 2/7/2014 | G0500198-001 | Brookstone GC B | | Poland | 48.45 | 3.39 | 51.84 | 0 | 2332.06 |
| soin | 50669283 | 2/11/2014 | G0500198-001 | Brookstone GC B | | LAMINATE | 323.79 | 22.67 | 346.46 | 0 | 2678.52 |
| soin | 50669275 | 2/11/2014 | G0500198-001 | Brookstone GC B | | kent | 13.99 | 0.98 | 14.97 | 0 | 2693.49 |
| CR | 50051347 | 2/12/2014 | G0500198-001 | Brookstone GC B | | | -153.86 | -10.77 | -164.63 | 0 | 2528.86 |
| CR | 50051344 | 2/12/2014 | G0500198-002 | Forsythe | | FORSYTHE ADDITIO | -79.99 | -5.6 | -85.59 | 0 | 2443.27 |
| soin | 50669412 | 2/13/2014 | G0500198-001 | Brookstone GC B | | KENT | 13.99 | 0.98 | 14.97 | 0 | 2458.24 |
| soin | 50669524 | 2/14/2014 | G0500198-001 | Brookstone GC B | | | 104.89 | 7.35 | 112.24 | 0 | 2570.48 |
| soin | 50669668 | 2/17/2014 | G0500198-001 | Brookstone GC B | | POLAND | 42.84 | 3 | 45.84 | 0 | 2616.32 |
| soin | 50669796 | 2/19/2014 | G0500198-001 | Brookstone GC B | | BRANHAM | 344.47 | 24.12 | 368.59 | 0 | 2984.91 |
| soin | 50669735 | 2/19/2014 | G0500198-001 | Brookstone GC B | | POLAND | 64.93 | 4.55 | 69.48 | 0 | 3054.39 |
| soin | 50670242 | 2/27/2014 | G0500198-001 | Brookstone GC B | | | 66.21 | 4.63 | 70.84 | 0 | 3125.23 |
| soin | 50670311 | 2/28/2014 | G0500198-001 | Brookstone GC B | | POLAND | 39.3 | 2.75 | 42.05 | 0 | 3167.28 |
| soin | 50670716 | 3/7/2014 | G0500198-001 | Brookstone GC B | | | 20.4 | 1.43 | 21.83 | 0 | 3189.11 |
| soin | 50670710 | 3/7/2014 | G0500198-001 | Brookstone GC B | | BRANHAM | 948.97 | 66.44 | 1015.41 | 0 | 4204.52 |
| soin | 56428167 | 3/11/2014 | G0500198-002 | Forsythe | | ESTES | 173.78 | 12.16 | 185.94 | 0 | 4390.46 |
| soin | 50671230 | 3/14/2014 | G0500198-003 | Jones | | | 100.1 | 7.01 | 107.11 | 0 | 4497.57 |
| memo | 601935317 | 3/14/2014 | G0500198 | Brookstone GC B | 1989 | | 0 | 0 | -3167.28 | 0 | 1330.29 |
| soin | 50671431 | 3/17/2014 | G0500198-001 | Brookstone GC B | | | 159.8 | 11.2 | 171 | 0 | 1501.29 |
| soin | 50671603 | 3/19/2014 | G0500198-001 | Brookstone GC B | | | 83.26 | 5.83 | 89.09 | 0 | 1590.38 |
| soin | 50671538 | 3/19/2014 | G0500198-001 | Brookstone GC B | | PARKER ADDITION | 312.85 | 21.9 | 334.75 | 0 | 1925.13 |
| soin | 50671640 | 3/20/2014 | G0500198-001 | Brookstone GC B | | | 29.18 | 2.05 | 31.23 | 0 | 1956.36 |
| soin | 50671915 | 3/24/2014 | G0500198-001 | Brookstone GC B | | PARKER ADDITION | 19.99 | 1.4 | 21.39 | 0 | 1977.75 |
| soin | 50671881 | 3/24/2014 | G0500198-001 | Brookstone GC B | | PARKER ADDITION | 188.96 | 13.23 | 202.19 | 0 | 2179.94 |
| soin | 50672108 | 3/27/2014 | G0500198-002 | Forsythe | | FORSYTHE ADDITIO | 777.04 | 54.39 | 831.43 | 0 | 3011.37 |
| soin | 50672531 | 4/2/2014 | G0500198-001 | Brookstone GC B | | BRANHAM | 377.47 | 26.42 | 403.89 | 0 | 3415.26 |
| soin | 50672736 | 4/3/2014 | G0500198-002 | Forsythe | | FORSYTHE ADDITIO | 3868.17 | 270.78 | 4138.95 | 0 | 7554.21 |

1

Balance Forward Spreadsheet

| ID | Trans-no | Date | Cust-ID | SrchName | OrigDoc | Cust-po | Sale-amt | Tax-amt | Doc-amt | Bal-amt | Balance Fwd |
|---|---|---|---|---|---|---|---|---|---|---|---|
| soin | 50672678 | 4/3/2014 | G0500198-003 | Jones | | | 3465.86 | 242.62 | 3708.48 | 0 | 11262.69 |
| soin | 50672666 | 4/3/2014 | G0500198-001 | Brookstone GC B | | PARKER ADDITION | 1366.36 | 95.67 | 1462.03 | 0 | 12724.72 |
| soin | 50672786 | 4/4/2014 | G0500198-003 | Jones | | | 751.77 | 52.63 | 804.4 | 0 | 13529.12 |
| soin | 50673031 | 4/7/2014 | G0500198-005 | Branham | | BRANHAM | 27.88 | 1.95 | 29.83 | 0 | 13558.95 |
| soin | 50673255 | 4/9/2014 | G0500198-003 | Jones | | | 145.98 | 10.22 | 156.2 | 0 | 13715.15 |
| soin | 50673205 | 4/9/2014 | G0500198-003 | Jones | | | 360.36 | 25.23 | 385.59 | 0 | 14100.74 |
| soin | 50673358 | 4/10/2014 | G0500198-005 | Branham | | BRANHAM | 448.47 | 31.39 | 479.86 | 0 | 14580.6 |
| soin | 50673356 | 4/10/2014 | G0500198-004 | Parker | | PARKER ADDITION | 0 | 0 | 0 | 0 | 14580.6 |
| soin | 50673490 | 4/11/2014 | G0500198-002 | Forsythe | | FORSYTHE ADDITIO | 3173.64 | 222.16 | 3395.8 | 0 | 17976.4 |
| soin | 50673547 | 4/12/2014 | G0500198-004 | Parker | | PARKER ADDITION | 88.55 | 6.21 | 94.76 | 0 | 18071.16 |
| soin | 50673900 | 4/16/2014 | G0500198-003 | Jones | | | 7027.07 | 491.91 | 7518.98 | 2369.27 | 25590.14 |
| CR | 50051650 | 4/18/2014 | G0500198-002 | Forsythe | | FORSYTHE ADDITIO | -175.46 | -12.29 | -187.75 | 0 | 25402.39 |
| soin | 50674185 | 4/18/2014 | G0500198-002 | Forsythe | | FORSYTHE ADDITIO | 567.12 | 39.71 | 606.83 | 0 | 26009.22 |
| soin | 50674369 | 4/21/2014 | G0500198-003 | Jones | | | 4898.03 | 342.86 | 5240.89 | 5240.89 | 31250.11 |
| soin | 50674368 | 4/21/2014 | G0500198-002 | Forsythe | | FORSYTHE ADDITIO | 4503.9 | 315.27 | 4819.17 | 0 | 36069.28 |
| soin | 50674531 | 4/22/2014 | G0500198-002 | Forsythe | | FORSYTHE ADDITIO | 857.06 | 59.99 | 917.05 | 0 | 36986.33 |
| soin | 50674751 | 4/24/2014 | G0500198-004 | Parker | | PARKER ADDITION | 331.95 | 23.24 | 355.19 | 0 | 37341.52 |
| soin | 50674821 | 4/25/2014 | G0500198-003 | Jones | | | 199 | 13.93 | 212.93 | 212.93 | 37554.45 |
| soin | 50674778 | 4/25/2014 | G0500198-003 | Jones | | | 1445.96 | 101.22 | 1547.18 | 1547.18 | 39101.63 |
| soin | 50674777 | 4/25/2014 | G0500198-003 | Jones | | | 870.26 | 60.92 | 931.18 | 931.18 | 40032.81 |
| soin | 50674776 | 4/25/2014 | G0500198-002 | Forsythe | | FORSYTHE ADDITIO | 1157.44 | 81.02 | 1238.46 | 0 | 41271.27 |
| soin | 50674869 | 4/26/2014 | G0500198-003 | Jones | | | 60 | 4.2 | 64.2 | 64.2 | 41335.47 |
| memo | 601950920 | 4/30/2014 | G0500198 | Brookstone GC B | ck 2024 | | 0 | 0 | -3011.37 | 0 | 38324.1 |
| soin | 50675328 | 5/1/2014 | G0500198-003 | Jones | | | 847.8 | 59.35 | 907.15 | 907.15 | 39231.25 |
| CR | 50051744 | 5/2/2014 | G0500198-003 | Jones | | | -248.54 | -17.4 | -265.94 | 0 | 38965.31 |
| soin | 50675472 | 5/2/2014 | G0500198-003 | Jones | | | 7.99 | 0.56 | 8.55 | 8.55 | 38973.86 |
| CR | 50051750 | 5/3/2014 | G0500198-003 | Jones | | | -315.45 | -22.09 | -337.54 | 0 | 38636.32 |
| soin | 50675586 | 5/3/2014 | G0500198-003 | Jones | | | 232.61 | 16.28 | 248.89 | 248.89 | 38885.21 |
| soin | 50675573 | 5/3/2014 | G0500198-003 | Jones | | | 0 | 0 | 0 | 0 | 38885.21 |
| soin | 50675713 | 5/5/2014 | G0500198-003 | Jones | | | 188.95 | 13.23 | 202.18 | 202.18 | 39087.39 |
| soin | 50675916 | 5/6/2014 | G0500198-002 | Forsythe | | FORSYTHE ADDITIO | 111.1 | 7.78 | 118.88 | 0 | 39206.27 |
| soin | 50675825 | 5/6/2014 | G0500198-003 | Jones | | | 175 | 12.25 | 187.25 | 187.25 | 39393.52 |
| CR | 50051797 | 5/8/2014 | G0500198-002 | Forsythe | | FORSYTHE ADDITIO | -266.17 | -18.63 | -284.8 | 0 | 39108.72 |

2

EXHIBIT "A"

Balance Forward Spreadsheet

| ID | Trans-no | Date | Cust-ID | SrchName | OrigDoc | Cust-po | Sale-amt | Tax-amt | Doc-amt | Bal-amt | Balance Fwd |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CR | 50051795 | 5/8/2014 | G0500198-004 | Parker | | | -74.49 | -5.22 | -79.71 | 0 | 39029.01 |
| soIn | 50676157 | 5/8/2014 | G0500198-002 | Forsythe | | FORSYTHE ADDITIO | 70.36 | 4.93 | 75.29 | 0 | 39104.3 |
| soIn | 50676120 | 5/8/2014 | G0500198-003 | Jones | | | 572.03 | 40.05 | 612.08 | 612.08 | 39716.38 |
| soIn | 50676315 | 5/10/2014 | G0500198-002 | Forsythe | | FORSYTHE ADDITIO | 353.94 | 24.78 | 378.72 | 0 | 40095.1 |
| soIn | 50676630 | 5/13/2014 | G0500198-002 | Forsythe | | FORSYTHE ADDITIO | 91.63 | 6.41 | 98.04 | 0 | 40193.14 |
| soIn | 50676610 | 5/13/2014 | G0500198-003 | Jones | | | 3184.83 | 222.93 | 3407.76 | 3059.54 | 43600.9 |
| soIn | 50676800 | 5/14/2014 | G0500198-001 | Brookstone GC B | | DRYWALL | 137.77 | 9.64 | 147.41 | 0 | 43748.31 |
| soIn | 50676922 | 5/15/2014 | G0500198-005 | Branham | | BRANHAM | 55.96 | 3.92 | 59.88 | 0 | 43808.19 |
| soIn | 50676920 | 5/15/2014 | G0500198-003 | Jones | | | 404.45 | 28.31 | 432.76 | 432.76 | 44240.95 |
| soIn | 50676979 | 5/16/2014 | G0500198-003 | Jones | | | 20.46 | 1.43 | 21.89 | 21.89 | 44262.84 |
| soIn | 50677082 | 5/17/2014 | G0500198-002 | Forsythe | | | 217.43 | 15.22 | 232.65 | 0 | 44495.49 |
| soIn | 50677319 | 5/19/2014 | G0500198-004 | Parker | | PARKER ADDITION | 92.42 | 6.47 | 98.89 | 0 | 44594.38 |
| soIn | 50677262 | 5/19/2014 | G0500198-002 | Forsythe | | FORSYTHE ADDITIO | 76.38 | 5.34 | 81.72 | 0 | 44676.1 |
| soIn | 50677696 | 5/22/2014 | G0500198-002 | Forsythe | | FORSYTHE ADDITIO | 3179.49 | 222.57 | 3402.06 | 0 | 48078.16 |
| CR | 50051919 | 5/23/2014 | G0500198-002 | Forsythe | | FORSYTHE ADDITIO | -279.84 | -19.59 | -299.43 | 0 | 47778.73 |
| soIn | 50677782 | 5/23/2014 | G0500198-004 | Parker | | PARKER ADDITION | 225 | 15.75 | 240.75 | 0 | 48019.48 |
| soIn | 50677769 | 5/23/2014 | G0500198-002 | Forsythe | | FORSYTHE ADDITIO | 30.97 | 2.17 | 33.14 | 0 | 48052.62 |
| CR | 50051923 | 5/24/2014 | G0500198-002 | Forsythe | | FORSYTHE ADDITIO | -3179.49 | -222.57 | -3402.06 | 0 | 44650.56 |
| soIn | 50677899 | 5/24/2014 | G0500198-005 | Branham | | | 1438.89 | 100.71 | 1539.6 | 0 | 46190.16 |
| soIn | 50677882 | 5/24/2014 | G0500198-002 | Forsythe | | | 3179.49 | 222.57 | 3402.06 | 0 | 49592.22 |
| soIn | 50678094 | 5/27/2014 | G0500198-002 | Forsythe | | FORSYTHE ADDITIO | 566.52 | 39.67 | 606.19 | 0 | 50198.41 |
| CR | 50051943 | 5/28/2014 | G0500198-002 | Forsythe | | | -119 | -8.33 | -127.33 | 0 | 50071.08 |
| soIn | 50678280 | 5/28/2014 | G0500198-002 | Forsythe | | FORSYTHE ADDITIO | 95 | 6.65 | 101.65 | 0 | 50172.73 |
| soIn | 50678278 | 5/28/2014 | G0500198-002 | Forsythe | | FORSYTHE ADDITIO | 78.43 | 5.49 | 83.92 | 0 | 50256.65 |
| soIn | 50678477 | 5/30/2014 | G0500198-005 | Branham | | | 100.2 | 7.01 | 107.21 | 0 | 50363.86 |
| soIn | 50678476 | 5/30/2014 | G0500198-004 | Parker | | | 1817.2 | 127.2 | 1944.4 | 0 | 52308.26 |
| fcIn | 601405590 | 5/31/2014 | G0500198-003 | Jones | | | 0 | 0 | 299.5 | 299.5 | 52607.76 |
| fcIn | 601405592 | 5/31/2014 | G0500198-005 | Branham | | | 0 | 0 | 7.65 | 0 | 52615.41 |
| fcIn | 601405588 | 5/31/2014 | G0500198-001 | Brookstone GC B | | | 0 | 0 | 27.99 | 0 | 52643.4 |
| fcIn | 601405591 | 5/31/2014 | G0500198-004 | Parker | | | 0 | 0 | 5.55 | 0 | 52648.95 |
| fcIn | 601405589 | 5/31/2014 | G0500198-002 | Forsythe | | | 0 | 0 | 215.16 | 0 | 52864.11 |
| soIn | 50679432 | 6/6/2014 | G0500198-002 | Forsythe | | FORSYTHE ADDITIO | 629.55 | 44.07 | 673.62 | 0 | 53537.73 |
| soIn | 50679431 | 6/6/2014 | G0500198-002 | Forsythe | | FORSYTHE ADDITIO | 914.55 | 64.02 | 978.57 | 0 | 54516.3 |

3

Balance Forward Spreadsheet

| ID | Trans-no | Date | Cust-ID | SrchName | OrigDoc | Cust-po | Sale-amt | Tax-amt | Doc-amt | Bal-amt | Balance Fwd |
|---|---|---|---|---|---|---|---|---|---|---|---|
| soIn | 50679417 | 6/6/2014 | G0500198-003 | Jones | | | 3088.2 | 216.18 | 3304.38 | 3304.38 | 57820.68 |
| soIn | 50679687 | 6/9/2014 | G0500198-003 | Jones | | | 269.99 | 18.9 | 288.89 | 288.89 | 58109.57 |
| CR | 50052114 | 6/20/2014 | G0500198-003 | Jones | | | -325.44 | -22.78 | -348.22 | 0 | 57761.35 |
| memo | 601970693 | 6/20/2014 | G0500198-005 | Branham | 2086 | | 0 | 0 | -2024.03 | 0 | 55737.32 |
| memo | 601970692 | 6/20/2014 | G0500198-004 | Parker | 2087 | | 0 | 0 | -2659.8 | 0 | 53077.52 |
| memo | 601970691 | 6/20/2014 | G0500198-002 | Forsythe | 2085 | | 0 | 0 | -7000 | 0 | 46077.52 |
| memo | 601970690 | 6/20/2014 | G0500198-001 | Brookstone GC B | 2084 | | 0 | 0 | -2041.32 | 0 | 44036.2 |
| CR | 50052142 | 6/23/2014 | G0500198-002 | Forsythe | | FORSYTHE ADDITIO | -0.01 | 0 | -0.01 | 0 | 44036.19 |
| soIn | 50681335 | 6/23/2014 | G0500198-002 | Forsythe | | FORSYTHE ADDITIO | 289 | 20.23 | 309.23 | 0 | 44345.42 |
| soIn | 50681332 | 6/23/2014 | G0500198-002 | Forsythe | | FORSYTHE ADDITIO | 0.01 | 0 | 0.01 | 0 | 44345.43 |
| soIn | 50681331 | 6/23/2014 | G0500198-001 | Brookstone GC B | | | 17.99 | 1.26 | 19.25 | 0 | 44364.68 |
| soIn | 50681300 | 6/23/2014 | G0500198-001 | Brookstone GC B | | | 262.7 | 18.39 | 281.09 | 0 | 44645.77 |
| soIn | 50681702 | 6/26/2014 | G0500198-006 | Duerr | | | 322.94 | 0 | 322.94 | 0 | 44968.71 |
| soIn | 50681812 | 6/27/2014 | G0500198-006 | Duerr | | | 3919.35 | 0 | 3919.35 | 0 | 48888.06 |
| soIn | 50681974 | 6/28/2014 | G0500198-002 | Forsythe | | | 12.02 | 0.84 | 12.86 | 0 | 48900.92 |
| fcIn | 601410744 | 6/30/2014 | G0500198-005 | Branham | | | 0 | 0 | 2.89 | 0 | 48903.81 |
| fcIn | 601410743 | 6/30/2014 | G0500198-003 | Jones | | | 0 | 0 | 384.7 | 384.7 | 49288.51 |
| fcIn | 601410742 | 6/30/2014 | G0500198-002 | Forsythe | | | 0 | 0 | 186.44 | 0 | 49474.95 |
| soIn | 50682168 | 6/30/2014 | G0500198-003 | Jones | | | 5953.06 | 416.71 | 6369.77 | 2299.74 | 55844.72 |
| soIn | 50682050 | 6/30/2014 | G0500198-003 | Jones | | | 338.29 | 23.68 | 361.97 | 361.97 | 56206.69 |
| soIn | 50682434 | 7/2/2014 | G0500198-005 | Branham | | BRANHAM | 1658.4 | 116.09 | 1774.49 | 0 | 57981.18 |
| CR | 50052240 | 7/6/2014 | G0500198-005 | Branham | | BRANHAM | -221.09 | -15.48 | -236.57 | 0 | 57744.61 |
| CR | 50052237 | 7/6/2014 | G0500198-002 | Forsythe | | FORSYTHE ADDITIO | -184.52 | -12.92 | -197.44 | 0 | 57547.17 |
| soIn | 50682894 | 7/7/2014 | G0500198-001 | Brookstone GC B | | | 72.25 | 5.06 | 77.31 | 0 | 57624.48 |
| memo | 601975078 | 7/8/2014 | G0500198-003 | Jones | ck 2121 | | 0 | 0 | -5000 | 0 | 52624.48 |
| memo | 601975076 | 7/8/2014 | G0500198-002 | Forsythe | ck 2121 | | 0 | 0 | -5000 | 0 | 47624.48 |
| soIn | 50683240 | 7/10/2014 | G0500198-006 | Duerr | | | 91 | 6.37 | 97.37 | 0 | 47721.85 |
| CR | 50052356 | 7/21/2014 | G0500198-002 | Forsythe | | FORSYTHE ADDITIO | -289 | -20.23 | -309.23 | 0 | 47412.62 |
| CR | 50052466 | 7/31/2014 | G0500198-003 | Jones | | | -1832.88 | -128.31 | -1961.19 | 0 | 45451.43 |
| fcIn | 601415802 | 7/31/2014 | G0500198-006 | Duerr | | | 0 | 0 | 63.63 | 0 | 45515.06 |
| fcIn | 601415801 | 7/31/2014 | G0500198-003 | Jones | | | 0 | 0 | 435.16 | 435.16 | 45950.22 |
| fcIn | 601415800 | 7/31/2014 | G0500198-002 | Forsythe | | | 0 | 0 | 133.45 | 0 | 46083.67 |
| fcIn | 601415799 | 7/31/2014 | G0500198-001 | Brookstone GC B | | | 0 | 0 | 4.51 | 0 | 46088.18 |

4

Balance Forward Spreadsheet

| ID | Trans-no | Date | Cust-ID | SrchName | OrigDoc | Cust-po | Sale-amt | Tax-amt | Doc-amt | Bal-amt | Balance Fwd |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CR | 50052497 | 8/5/2014 | G0500198-003 | Jones | | | -72.99 | -5.11 | -78.1 | -78.1 | 46010.08 |
| CR | 50052496 | 8/5/2014 | G0500198-003 | Jones | | | -139.15 | -9.74 | -148.89 | -148.89 | 45861.19 |
| CR | 50052495 | 8/5/2014 | G0500198-003 | Jones | | | -176.46 | -12.35 | -188.81 | -188.81 | 45672.38 |
| CR | 50052513 | 8/7/2014 | G0500198-005 | Branham | | BRANHAM | -486.29 | -34.04 | -520.33 | 0 | 45152.05 |
| CR | 50052553 | 8/14/2014 | G0500198-006 | Duerr | | | -277.86 | -19.46 | -297.32 | 0 | 44854.73 |
| CR | 50052552 | 8/14/2014 | G0500198-006 | Duerr | | | -966.4 | 0 | -966.4 | 0 | 43888.33 |
| CR | 50052625 | 8/21/2014 | G0500198-003 | Jones | | | -1970.88 | -137.96 | -2108.84 | 0 | 41779.49 |
| ch | 601994925 | 8/22/2014 | G0500198-002 | Forsythe | 2216dep14554 | | 0 | 0 | -9431.87 | 0 | 32347.62 |
| CR | 50052663 | 8/25/2014 | G0500198-005 | Branham | | BRANHAM | -335.33 | -23.47 | -358.8 | 0 | 31988.82 |
| fcfg | 601087770 | 8/26/2014 | G0500198 | Brookstone GC B | FCFG per lh | | -0.03 | 0 | -0.03 | 0 | 31988.79 |
| ch | 601996239 | 8/26/2014 | G0500198 | Brookstone GC B | 2222-dep-145 | | 0 | 0 | -1243.84 | 0 | 30744.95 |
| ch | 601996232 | 8/26/2014 | G0500198-006 | Duerr | 173-dep-1458 | | 0 | 0 | -2998.03 | 0 | 27746.92 |
| fcin | 601420858 | 8/31/2014 | G0500198-006 | Duerr | | | 0 | 0 | 1.17 | 1.17 | 27748.09 |
| soin | 50689433 | 9/2/2014 | G0500198-001 | Brookstone GC B | | NAILS | 137.97 | 9.66 | 147.63 | 147.63 | 27895.72 |
| soin | 50689666 | 9/4/2014 | G0500198-002 | Forsythe | | | 55.43 | 3.88 | 59.31 | 59.31 | 27955.03 |
| soin | 50690403 | 9/11/2014 | G0500198-006 | Duerr | | | 4128.24 | 0 | 4128.24 | 3830.92 | 32083.27 |
| soin | 50690427 | 9/11/2014 | G0500198-002 | Forsythe | | | 221.74 | 15.52 | 237.26 | 237.26 | 32320.53 |
| soin | 50690572 | 9/12/2014 | G0500198-005 | Branham | | | 429.68 | 30.08 | 459.76 | 459.76 | 32780.29 |
| memo | 602006268 | 9/22/2014 | G0500198 | Brookstone GC B | ch 2233 | | 0 | 0 | -2300.45 | 0 | 30479.84 |
| soin | 50691746 | 9/22/2014 | G0500198-006 | Duerr | | | 1672.5 | 0 | 1672.5 | 1672.5 | 32152.34 |
| soin | 50691769 | 9/22/2014 | G0500198-005 | Branham | | | 99 | 6.93 | 105.93 | 105.93 | 32258.27 |
| soin | 50692319 | 9/26/2014 | G0500198-005 | Branham | | | 335.2 | 23.47 | 358.67 | 358.67 | 32616.94 |
| soin | 50692686 | 9/29/2014 | G0500198-002 | Forsythe | | INSULATION | 2258.93 | 158.13 | 2417.06 | 1709.16 | 35034 |
| CR | 50052965 | 9/29/2014 | G0500198-002 | Forsythe | | INSULATION | -90.84 | -6.36 | -97.2 | 0 | 34936.8 |
| fcin | 602000829 | 9/30/2014 | G0500198-006 | Duerr | | | 0 | 0 | 1.17 | 1.17 | 34937.97 |
| ch | 602014344 | 10/13/2014 | G0500198-006 | Duerr | 101314dep152 | | 0 | 0 | -438.86 | 0 | 34499.11 |
| soin | 50694375 | 10/13/2014 | G0500198-006 | Duerr | | | 1430.79 | 0 | 1430.79 | 1430.79 | 35929.9 |
| soin | 50694893 | 10/17/2014 | G0500198-006 | Duerr | | | 9752.36 | 0 | 9752.36 | 9752.36 | 45682.26 |
| soin | 50695592 | 10/24/2014 | G0500198-006 | Duerr | | | 4694.14 | 0 | 4694.14 | 4694.14 | 50376.4 |
| soin | 50695593 | 10/24/2014 | G0500198-006 | Duerr | | | 249 | 0 | 249 | 249 | 50625.4 |
| soin | 50695594 | 10/24/2014 | G0500198-006 | Duerr | | GENERATORS | 1300 | 91 | 1391 | 1391 | 52016.4 |
| soin | 50695977 | 10/28/2014 | G0500198-006 | Duerr | | NAILS | 197.97 | 13.86 | 211.83 | 211.83 | 52228.23 |
| fcin | 602006583 | 10/31/2014 | G0500198-001 | Brookstone GC B | | | 0 | 0 | 2.21 | 2.21 | 52230.44 |

5

Balance Forward Spreadsheet

| ID | Trans-no | Date | Cust-ID | SrchName | OrigDoc | Cust-po | Sale-amt | Tax-amt | Doc-amt | Bal-amt | Balance Fwd |
|---|---|---|---|---|---|---|---|---|---|---|---|
| fcin | 602006584 | 10/31/2014 | G0500198-002 | Forsythe | | | 0 | 0 | 39.25 | 39.25 | 52269.69 |
| fcin | 602006585 | 10/31/2014 | G0500198-005 | Branham | | | 0 | 0 | 13.87 | 13.87 | 52283.56 |
| fcin | 602006586 | 10/31/2014 | G0500198-006 | Duerr | | | 0 | 0 | 82.55 | 82.55 | 52366.11 |
| soin | 50696410 | 11/1/2014 | G0500198-001 | Brookstone GC B | | | 219.85 | 15.39 | 235.24 | 235.24 | 52601.35 |
| ch | 602031389 | 11/24/2014 | G0500198 | Brookstone GC B | 2321dep15835 | | 0 | 0 | -2300.45 | 0 | 50300.9 |
| fcin | 602012049 | 11/30/2014 | G0500198-001 | Brookstone GC B | | | 0 | 0 | 2.21 | 0 | 50303.11 |
| fcin | 602012050 | 11/30/2014 | G0500198-002 | Forsythe | | | 0 | 0 | 39.25 | 0 | 50342.36 |
| fcin | 602012051 | 11/30/2014 | G0500198-005 | Branham | | | 0 | 0 | 13.87 | 0 | 50356.23 |
| fcin | 602012052 | 11/30/2014 | G0500198-006 | Duerr | | | 0 | 0 | 348.49 | 0 | 50704.72 |
| fcfg | 602003268 | 12/12/2014 | G0500198-006 | Duerr | w/o; no fc t | | -348.49 | 0 | -348.49 | 0 | 50356.23 |
| fcfg | 602003266 | 12/12/2014 | G0500198-002 | Forsythe | w/o; no fc t | | -39.25 | 0 | -39.25 | 0 | 50316.98 |
| fcfg | 602003265 | 12/12/2014 | G0500198-001 | Brookstone GC B | w/o; no fc t | | -2.21 | 0 | -2.21 | 0 | 50314.77 |
| fcfg | 602003267 | 12/12/2014 | G0500198-005 | Branham | w/o; no fc t | | -13.87 | 0 | -13.87 | 0 | 50300.9 |
| CR | 50053573 | 12/31/2014 | G0500198-002 | Forsythe | | INSULATION | -570.75 | -39.95 | -610.7 | 0 | 49690.2 |

6

16-05024-amk    Doc 1-3    FILED 03/29/16    ENTERED 03/29/16 10:25:25    Page 6 of 9

# YARD ACCOUNT APPLICATION

**CARTER** Lumber

| | | |
|---|---|---|
| POS # **050** | OSR NAME AND NUMBER | CREDIT LIMIT REQUESTED **10,000** |

CHECK TYPE OF PROJECT: ☐ RESIDENTIAL  ☒ COMMERCIAL  ☐ PRODUCTION
SOURCE CODE: R&R: ☐ SIDING CONTRACTOR  ☐ ROOFER  ☐ DECK BUILDER  ☐ GENERAL R & R
CHECK TYPE OF ACCOUNT: ☐ BUSINESS  ☐ OWNER BUILD (H) ACCOUNT - (complete H account info.)  ☐ NON-PROFIT
I WISH TO SIGN UP FOR YARD REWARDS:  ☐ Yes, sign me up  ☐ Do not sign me up at this time

## DESCRIPTION OF BUSINESS

Check One: ☐ SOLE-PROPRIETOR  ☐ PARTNERSHIP  ☐ LLC  ☒ CORPORATION
SSN#: _____  FED I.D.#: **45 48 68181**
NUMBER OF EMPLOYEES: _____  ESTIMATED ANNUAL SALES: **$500,000**
NUMBER OF YEARS IN BUSINESS: _____  WEBSITE URL WITH EMAIL ADDRESS: **Brookstonegcby design@yahoo.com**
LEGAL NAME: **Brookstone G C by design Inc.**  PO BOX **1805**
CITY, STATE, ZIP: **Kent Ohio 44240**  BUSINESS PHONE: **330-678-0299**  EMAIL: **Brookstonebydesign@yahoo.com**

NAMES OF OWNERS OR OFFICERS TITLE | HOME ADDRESS | TELEPHONE NO. | S.S.N. NO.
**JAMES BYRNS** | **2159 Meloy Road, Kent, Ohio 44240** | **330-957-7607** |
**Kim Wolfram** | **4170 Great Smokey Circle, Medina, Ohio 44256** | **330-416-5190** |

Check Type of Jobs: ☐ RESIDENTIAL  ☐ COMMERCIAL  Check if applicable: ☐ TAX EXEMPT  ☐ P.O. REQUIRED

## PERSONAL GUARANTOR'S INFORMATION

CUSTOMER'S NAME: **Kim Wolfram**  HOME ADDRESS: **4470 Great Smokey Circle**
CITY, STATE, ZIP: **Medina Ohio 44256**  CELL PHONE NO.: **330-416-5190**
DRIVERS LICENSE#: _____  SOCIAL SECURITY NO.: _____
GUARANTOR'S SIGNATURE: **Kim Wolfram**  TITLE: **Business Partner**  DATE: **1-10-2013**

## H ACCOUNT INFORMATION

(all fields N/A)

(We) agree to allow Carter Lumber Company to inquire at the above bank which holds my construction loan. I (We) authorize the above Bank to release details of the following (closing date, original loan amount, balances, available funds.)

## BUYERS AGREEMENT

THIS AGREEMENT IS SUBJECT TO THE TERMS AND CONDITIONS PRINTED ABOVE AND ON THE REVERSE SIDE, WHICH ARE MADE PART HEREOF AND WHICH THE UNDERSIGNED ACKNOWLEDGES THAT THEY HAVE READ AND UNDERSTAND

X **Kim Williams**  NAME (PRINTED OR TYPED): **Kim Wolfram**
SIGNATURE OF AUTHORIZED AGENT, OWNER, OFFICER
DATE: **1-10-2014**  TITLE: **business partner**

## AUTHORIZED ACCOUNT USERS

**James Byrns**

## TRADE REFERENCES (MUST HAVE TWO)

NAME OF BUSINESS: **Caylan LTD.**  PHONE NUMBER: **330-753-3224**
NAME OF BUSINESS: **Modern Builders**  PHONE NUMBER: **330-576-1031**

## BANK REFERENCE

NAME OF BANK: _____  ACCOUNT NUMBER: _____

ACCOUNT MANAGER NAME & PHONE NUMBER: _____  COPY OF VOIDED CHECK: ☐ YES ☐ NO

EXHIBIT "B"

## TERMS AND CONDITIONS

This agreement states the terms for your credit account with Carter Lumber and any of its subsidiaries. "You" and "your" mean each person or corporation who is named on this account. "We", "Us", and "Our" mean the Carter Lumber or any of its subsidiaries.

Purchases: You can use your credit account to purchase goods at Carter Lumber and any of its subsidiaries noted on this application.

Credit Limit: A credit line will be assigned to all approved accounts.

Personal Guarantee: Guarantor/s jointly and severally, unconditionally guarantee the payment of any and all sums of money as are now, or at any time hereinafter may be owing to Carter Lumber by Applicant or Guarantor/s, as a result of Carter Lumber Company's extension of credit. Guarantor/s waives notice of: extension of time or modification of terms, settlements or resolutions of disputes, modification of credit line, default of Applicant. This is intended to be and is a continuing guarantee and shall not be revoked except by written notice to Carter Lumber not to make any further sales and deliveries on the security of this guarantee. The Guarantor/s signature further acknowledges that specific authorization has been granted to Carter Lumber to investigate the Guarantor/s individual consumer credit report, necessary with this guarantee.

Prompt Payment: All building construction accounts must follow the pay when paid requirements of state law. It is your responsibility to discuss the time of payments in the event the above terms vary from the normal terms outlined below. Applicant and or guarantor/s agree to pay all actual cost of collection including actual attorney's fees, court cost and or collection agency fees due to Carter Lumber as applicants' or guarantor/s breach of the terms of sale, whether or not a lawsuit is brought to satisfy the debt owed to Carter Lumber by applicant or guarantor/s. In the event that any suit or collection action is required to enforce the terms of this Credit Application and to collect unpaid account balances owing to Carter Lumber, the undersigned agrees that jurisdiction and venue for any such action shall be in the County of Portage, State of Ohio and the parties waive their right to a jury trial.

Payment Terms for Corporation Account: 30 Day Terms Entire balance due on or before the 15th of every month unless otherwise approved by the Credit Department. Finance charges of 1.5% per month will be added to past due amounts. All past due accounts are subject to termination of additional credit. You agree to be bound by above terms and conditions, which are hereby incorporated by reference and made a part of this application. Your check is your receipt.

Payment Terms for Non-profit and Government: 60 Day Terms Entire balance due on or before the 15th of the 2nd month unless otherwise approved by the Credit Department. Finance charges of 1.5% per month will be added to past due amounts. All past due accounts are subject to termination of additional credit. You agree to be bound by above terms and conditions, which are hereby incorporated by reference and made a part of this application. Your check is your receipt.

Payment Terms for H Accounts: 30 Day Terms: Cash Financing, any owner built home that is financed with cash and does not have an existing bank financed construction loan will be subject to 30 Day Terms, Entire balance due on or before the 15th of every month unless otherwise approved by the Credit Department. Finance charges of 1.5% per month will be added to past due amounts. All past due accounts are subject to termination of additional credit.

Payment Terms for H Accounts: 60 Day Terms: Bank Construction Loan Financing, any owner built home that is financed with a construction loan will be subject to 60 day terms, Entire balance due on or before the 15th of the 2nd month unless otherwise approved by the Credit Department. Finance charges of 1.5% per month will be added to past due amounts. All past due accounts are subject to termination of additional credit. You agree to be bound by above terms and conditions, which are hereby incorporated by reference and made a part of this application. Your check is your receipt.

Cancellation: Except where specific written notice is required by law, we can cancel your account anytime in person, by phone, or written notice sent to you at the address where we mail your statement. You can cancel your account by notifying us in writing. If your account is cancelled by your, or by us, you will have to pay us the full amount you owe us, including amounts that have not been billed to you yet.

Change in Terms: We can change the terms of this agreement anytime. Notification of changes will be made in accordance with federal or state law. You agree that changes will apply to purchases made prior to any change as well as to new purchases. If the law makes any part of this agreement void, all the other terms shall be severable and enforceable.

Disputes: Disputes must be submitted in writing within 60 days of invoice date in order to be considered valid. Any disputes that are not in writing will be considered invalid and payment terms above will apply.

Lien Rights: You understand and agree that we reserve the right to file a mechanic's lien, attested account, or take whatever action is necessary against you, the property owner where the materials are being utilized, the general contractor, the lending institution financing said construction, or any other party that would have control over the funds utilized for the purchase of said merchandise.

Credit Report: You authorize us to obtain reports to be used in connection with this application, and at any time during this agreement to obtain further credit information from any persons or firm set forth in this application and from any other source that we decide to use regarding the business, its officers, directors, agents, employees, or principals. At any time during this agreement you authorize us to retain all information and reports for our files.

Buyers Agreement: The person signing certifies that all information provided is true and correct. You hereby give consent and authorized the below named person(s) to use the Carter Lumber Yard Account and understand that your business is liable for payment of all charges incurred by authorized signers. You agree to promptly notify Carter Lumber of any changes in authorized users.

* Carter Lumber is the assumed name of Carter–Jones Companies, Inc. a Michigan corporation and its subsidiaries which include
  - Carter Lumber Company
  - Carter Lumber Co.
  - Carter Lumber of the South, Inc.
  - Carter Lumber, Inc.
  - Kight Lumber Co., Inc.
  - Carter Lumber of Virginia, Inc.
  - The Carter-Jones Lumber Company



**FILED**
COURT OF COMMON PLEAS
APR 27 2015
LINDA K. FANKHAUSER, CLERK,
PORTAGE COUNTY, OHIO

This Computer Information Sheet **SHALL BE FILED WITH EACH PLEADING.**

| | |
|---|---|
| Case No. _____ | Daniel J. Funk |
| | Attorney's Name |
| **THE CARTER-JONES LUMBER COMPANY** | |
| Plaintiff | 400 South Main Street |
| vs. | Address, including zip code |
| **BROOKSTONE GENERAL CONTRACTORS** | North Canton, Ohio 44720 |
| Defendant | |
| | (330) 499-6000 |
| JUDGE | Telephone |
| ( ) Martin | 0062931 |
| ( ) Kainrad | Supreme Court ID No. |
| ( ) Hayes | |
| ( ) Other_____ | |

## SUPREME COURT DESIGNATION (check one only)

**CIVIL**
- ( ) A. Professional Tort
- ( ) B. Product Liability
- ( ) C. Other Tort
- ( ) D. Workers' Compensation
- ( ) E. Foreclosure
- ( ) F. Administrative Appeal
- (X) H. Other Civil
- ( ) I. Criminal

**DOMESTIC**
- ( ) A. Complaint Divorce with Children
- ( ) B. Complaint Divorce without Children
- ( ) C. Dissolution with Children
- ( ) D. Dissolution without Children
- ( ) E. Change of Custody
- ( ) F. Visitation Enforcement or Modification
- ( ) G. Support Enforcement or Modification
- ( ) H. Domestic Violence
- ( ) I. URESA

The Carter-Jones Lumber Company
Name of party on whose behalf this pleading is being filed.

## PLEADING BEING FILED

**CIVIL AND CRIMINAL**
- (X) Complaint
- ( ) Answer_____
- ( ) Cross/Counterclaim_____
- ( ) Amended Complaint_____
- ( ) Motions_____

**DOMESTIC**
- ( ) Complaint Example (A. B. C. etc.)
- ( ) Amended Complaint_____
- ( ) Cross/Counterclaim_____
- ( ) Shared Parenting Plan_____
- ( ) Finding of Facts_____
- ( ) Report of_____
- ( ) Pre-Trial Statement_____
- ( ) Affidavit ( ) Children ( ) Other
- ( ) Motion_____