# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: | Chapter 7 |
| JAMES RONALD BURNS<br>(& d.b.a. Brookstone G.C. by Design, Inc.)<br>    Debtor | Adversary Case No. 16-05024<br><br>Case No. 15-52933 |
| * * * * * * * | * * * * * * |
| HOWARD JONES<br>VICKI JONES<br>5228 Wayland Road<br>Ravenna, Ohio 44266 | Judge Alan Koschik |
|     Plaintiffs | **MOTION TO DISMISS** |
| vs. | |
| JAMES RONALD BURNS<br>1573 Willimantic Drive<br>Virginia Beach, VA 23456 | |
|     Defendant | |

NOW COME Plaintiffs, Howard and Vicki Jones, by and through counsel, and based upon the settlement entered in the Portage County Common Pleas Court styled *Brookstone General Contractors, Inc. v. Howard Jones, et al.* under Case Number 2015 CV 00105, the parties hereby dismiss their adversary proceeding in this Court. The dismissal is based upon the settlement reached in the Portage County Common Pleas Court.

Respectfully submitted,

/s/ Howard Jones
Howard Jones

/s/ Frank J. Cimino
FRANK J. CIMINO (0007323)
250 S. Chestnut Street, Suite 18
Ravenna, Ohio 44266
330-297-5788
officef3@sbcglobal.net

/s/ Vicki Jones
Vicki Jones

## CERTIFICATE OF SERVICE

The undersigned certifies that the below parties were served at the following addresses on the 11th day of April, 2018, to the following, and via ECF and/or regular U.S. Mail pursuant to Fed. R. Bank P. 2002(g)(1)(A):

U.S. Trustee (via ECF)

Kathryn A. Belfance, Chapter 7 Trustee (via ECF)

E. Lee Wagoner, Jr. (ECF & regular US Mail)
2351 Becket Circle
Stow, Ohio 44224
*Attorney for Debtor, James R. Burns*

/s/ Frank J. Cimino
FRANK J. CIMINO (0007323)
*Attorney for Plaintiffs, Howard and Vicki Jones*